United States Bankruptcy Court
Northern District of California

In re:
Citi-Networking Group, Inc.
Debtor

Case No. 16-31070-DM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0971-3 User: dfagan Page 1 of 1 Date Rcvd: Nov 28, 2016
Form ID: FIND Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2016.
db +Citi-Networking Group, Inc., 536 Leavenworth Street #3, San Francisco, CA 94109-7544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:
Barry Milgrom barrymilgrom@gmail.com, C114@ecfcbis.com
Joseph Angelo on behalf of Debtor Citi-Networking Group, Inc. ecf@sagarialaw.com, ECFGotNotices@Gmail.com
Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Scott J. Sagaria on behalf of Debtor Citi-Networking Group, Inc. SagariaBK@sagarialaw.com, ecf@sagarialaw.com
TOTAL: 4

Form FIND

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | | |
|---|---|---|
| In Re: | Citi−Networking Group, Inc. | Case No.: 16−31070 DM 7 |
| | Debtor(s) | Chapter: 7 |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Barry Milgrom is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 11/28/16

By the Court:

Dennis Montali
United States Bankruptcy Judge